B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Robert Walsh | **DEFENDANTS**<br>U.S Dept. Of Education |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☑ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor   ☑ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

1. Plaintiff seeks to have discharged the total principal and interest of his U.S. Department of Education student loans, the precise total which at this time is unknown to plaintiff but to the best of his knowledge approximately in the amount of $40,000.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☑ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ |

Other Relief Sought   Plaintiff seeks to have discharged the total principal and interest of his U.S. Department of Education student loans, the precise total that at this time is unknown to plaintiff but to the best of his knowledge approximately in the amount of $40,000.

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR  Robert Walsh Jr. || BANKRUPTCY CASE NO.  25-10215 ||
| DISTRICT IN WHICH CASE IS PENDING  Maine || DIVISION OFFICE  Portland | NAME OF JUDGE  Michael A. Fagone |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)  /s/ Robert Walsh Jr. ||||
| DATE  12/10/2025 || PRINT NAME OF ATTORNEY (OR PLAINTIFF)  Robert Walsh Jr. ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN RE: Robert Walsh Jr. | Chapter 7 |
| Debtor | Case No. 25-10215 |

| | |
|---|---|
| Robert Walsh Jr. | |
| Plaintiff, pro se | |
| v. | Adv. Proc. Case No. |
| U.S. Department of Education. | |
| Defendants. | |

## ADVERSARY COMPLAINT

Plaintiff files this Complaint and alleges the following in support of the requested relief:

## JURISDICTION

1. Under 28 U.S.C. § 1334(a), U.S. District Courts have original and exclusive jurisdiction over all cases filed under Title 11.

## PARTIES

2. Robert Walsh Jr, Aroostook County, Maine

3. U.S. Department of Education, Office of General Counsel, 400 Maryland Ave., SW, Room 6E353, Washington, D.C. 20202

## ENTRY OF FINAL JUDGMENT BY THE BANKRUPTCY JUDGE

4. Plaintiff consents to the entry of final judgment by the Bankruptcy Judge:

   ☒ Yes        ☐ No

## STATEMENT OF CLAIM

5. Plaintiff's only source of income is his monthly Social Security payment of $1111.00 and a part time job.

6. Plaintiff is currently enrolled in a zero-dollar income-driven repayment (IDR) plan with Nelnet, which reflects the fact that currently he cannot afford payments while maintaining

Page 1 of 2

a minimal standard of living.

7. Plaintiff's current financial situation is likely to persist for all the loan repayment period, and material improvement is not likely due to his advanced age of seventy.

8. Plaintiff has made good faith efforts to repay the loans by engaging in income-driven repayment programs.

## RELIEF

9. Plaintiff seeks to have discharged the total principal and interest of his U.S. Department of Education student loans, the precise total which at this time is unknown to plaintiff but to the best of his knowledge approximately in the amount of $40,000.

## CLOSING

10. Wherefore, Plaintiff respectfully requests that this court grant the relief sought.

December 10, 2025.

Respectfully submitted,
  /s/Robert Walsh Jr.
    Robert Walsh Jr.

25 Fongemie Road, Saint David, Maine 04773
(207) 898-9149

[Updated May 2025]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE _____ DISTRICT OF ___Maine___

| | |
|---|---|
| In re: ) | |
| ) | |
| Robert Walsh Jr. ) | Case No. 25-10215 |
| ) | Chapter [7] |
| Debtors. ) | |
| ) | |
| _____ ) | |
| ) | |
| Robert Walsh ) | |
| Plaintiff, Jr. ) | Adversary Pro. _____ |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF EDUCATION, [et al.], ) | |
| ) | |
| Defendant[s]. ) | |
| _____ ) | |

ATTESTATION OF [ Robert Walsh Jr. ] IN SUPPORT
OF REQUEST FOR STIPULATION CONCEDING
DISCHARGEABILITY OF STUDENT LOANS

*PLEASE NOTE: This Attestation should be submitted to the Assistant United States Attorney handling the case. It should not be filed with the court unless such a filing is directed by the court or an attorney.*

I, [ Robert Walsh Jr. ], make this Attestation in support of my claim that excepting the student loans described herein from discharge would cause an "undue hardship" to myself and my dependents within the meaning of 11 U.S.C. §523(a)(8). In support of this Attestation, I state the following under penalty of perjury:

I. PERSONAL INFORMATION

1. I am over the age of eighteen and am competent to make this Attestation.

-1-

[Updated May 2025]

2. I reside at ___25 Fongemie Road___ [address], in ___Aroostook___ County, ___Maine___ [state].

3. My household includes the following persons (including myself):

___Robert Walsh___ [full name] __71__ [age] ___self___ [self]

___Edith Brooks___ [full name] __71__ [age] ___Friend___ [relationship]

_____ [full name] _____ [age] _____ [relationship]

_____ [full name] _____ [age] _____ [relationship]

_____ [full name] _____ [age] _____ [relationship]

_____ [full name] _____ [age] _____ [relationship]

*Questions four through eight request information related to your outstanding student loan debt and your educational history. The Department of Education will furnish this information to the Assistant United States Attorney ("AUSA") handling your case, and it should be provided to you. If you agree that the information provided to you regarding your student loan debt and educational history is accurate, you may simply confirm that you agree, and these questions do not need to be completed. If you have not received the information from Education or the AUSA at the time you are completing this form, or if the information is not accurate, you may answer these questions based upon your own knowledge. If you have more than <u>one</u> student loan which you are seeking to discharge in this adversary proceeding, please confirm that the AUSA has complete and accurate information for each loan, or provide that information for each loan.*

4. I confirm that the student loan information and educational history provided to me and attached to this Attestation is correct and complete: <u>YES</u>☐ NO☐ No Information Provided☐

[If you answered anything other than "YES," you must answer questions five through eight].

5. The outstanding balance of the student loan[s] I am seeking to discharge in this adversary proceeding is $_____.

-2-

[Updated May 2025]

      6.      The current monthly payment on such loan[s] is _____. The loan[s] are scheduled to be repaid in _____ [month and year] **[OR]** ☐ My student loan[s] went into default in _____ [month and year].

      7.      I incurred the student loan[s] I am seeking to discharge while attending _____, where I was pursuing a _____ degree with a specialization in _____.

      8.      In _____ [month and year], I completed my course of study and received a _____ degree. **[OR]** In _____ [month and year], I left my course of study and did not receive a degree.

      9.      I am currently employed as a _____prep cook_____. My employer's name and address is \_\_\_\_Lakeview, St. Agatha, Maine\_\_\_\_ **[OR]** ☐ I am not currently employed.

## II. CURRENT INCOME AND EXPENSES

      10.      I do not have the ability to make payments on my student loans while maintaining a minimal standard of living for myself and my household. I submit the following information to demonstrate this:

      **A.**  *__Household Gross Income__*

      11.      My current monthly household *gross* income from all sources is $\_\_\_1811.00\_\_\_.[1] This amount includes the following monthly amounts:

---

[1] "Gross income" means your income before any payroll deductions (for taxes, Social Security, health insurance, etc.) or deductions from other sources of income. You may have included information about your gross income on documents previously filed in your bankruptcy case, including Form B 106I, Schedule I - Your Income (Schedule I). If you filed your Schedule I within the past 18 months and the income information on those documents has not changed, you may refer to that document for the income information provided here. If you filed Schedule I more than 18 months prior to this Attestation, or your income has changed, you should provide your new income information.

[Updated May 2025]

<u>     700           </u> my ***gross*** income from employment (if any)
<u>                   </u> my unemployment benefits
<u>   1111.00         </u> my Social Security Benefits
<u>                   </u> my <u>                </u>
<u>                   </u> my <u>                </u>
<u>                   </u> my <u>                </u>
<u>                   </u> ***gross*** income from employment of other members of household
<u>                   </u> unemployment benefits received by other members of household
<u>                   </u> Social Security benefits received by other members of household
<u>                   </u> other income from any source received by other members of household

12.    The current monthly household gross income stated above (select which applies):

☐    Includes a monthly average of the gross income shown on the most recent tax return[s] filed for myself and other members of my household, which are attached, and the amounts stated on such tax returns have not changed materially since the tax year of such returns; OR

☑    Represents an average amount calculated from the most recent two months of gross income stated on four (4) consecutive paystubs from my current employment, which are attached; OR

☐    My current monthly household gross income is not accurately reflected on either recent tax returns or paystubs from current employment, and I have submitted instead the following documents verifying current gross household income from employment of household members:

_____

13.    In addition, I have submitted _____ verifying the sources of income other than income from employment, as such income is not shown on [most recent tax return[s] or paystubs].

-4-

[Updated May 2025]

B. *Monthly Expenses*

14.  My current monthly household expenses do/do not exceed the amounts listed below based on the number of people in my household for the following categories:

(a) Living Expenses[2]

    i. My expenses for food    do exceed ☐ do not exceed ✔
$497 (one person)
$863 (two persons)
$1,068 (three persons)
$1,255 (four persons)

    ii. My expenses for housekeeping supplies    do exceed ☐ do not exceed ✔
$45 (one person)
$75 (two persons)
$82 (three persons)
$91 (four persons)

    iii. My expenses for apparel & services    do exceed ☐ do not exceed ✔
$93 (one person)
$181 (two persons)
$188 (three persons)
$276 (four persons)

    iv. My expenses for (non-medical) personal care products and services    do exceed ☐ do not exceed ✔
$50 (one person)
$91 (two persons)
$94 (three persons)
$117 (four persons)

    v. My miscellaneous expenses (not included elsewhere on this Attestation)    do exceed ☐ do not exceed ✔
$154 (one person)
$271 (two persons)
$321 (three persons)
$390 (four persons)

    vi. My total expenses in these categories    do exceed ☐ do not exceed ✔
$839 (one person)

---

[2] The living expenses listed in Question 14 and 15 have been adopted from the Internal Revenue Service Collection Financial Standards "National Standards" and "Local Standards" for the year in which this form is issued. This form is updated annually to reflect changes to these expenses.

-5-

[Updated May 2025]

    $1,481 (two persons)
    $1,753 (three persons)
    $2,129 (four persons in household)
    Add $394 per each additional member if more than four in household.

If you answered that your total expenses for any of the categories (i) through (v) exceed the applicable amount listed in those categories, and you would like the AUSA to consider your additional expenses for any such categories as necessary, you may list the total expenses for any such categories and explain the need for such expenses here. (You do <u>not</u> need to provide any additional information if you answered that your total expenses did <u>not</u> exceed the applicable amount listed in subsection (vi)).

  <u>(b)</u>  Uninsured medical costs:

  My uninsured, out of pocket medical costs do exceed ☐ do not exceed ✔

    $84 (per household member under 65)
    $149 (per household member 65 or older)

If you answered that your uninsured, out of pocket medical costs exceed the listed amounts for any household member, and you would like the AUSA to consider such additional expenses as necessary, you may list the household member's total expenses and explain the need for such expenses here.

[If you filed a Form 122A-2 Chapter 7 Means Test or 122C-2 Calculation of Disposable Income in your bankruptcy case, you may refer to lines 6 and 7 of those forms for information.][3]

---

[3] Forms 122A-2 and 122C-2 are referred to collectively here as the "Means Test." If you filed a Means Test in your bankruptcy case, you may refer to it for information requested here and in

-6-

[Updated May 2025]

15. My current monthly household expenses in the following categories are as follows:

(a) <u>Payroll Deductions</u>

    i.    Taxes, Medicare and Social Security    $ 0_____
[You may refer to line 16 of the Means Test or Schedule I, line 5]

    ii.    Contributions to retirement accounts    $ 0_____
[You may refer to line 17 of the Means Test or Schedule I, line 5]

    Are these contributions required
as a condition of your employment?    YES ☐ / NO ☐

    iii.    Union dues    $ 0_____
[You may refer to line 17 of the Means Test or Schedule I, line 5]

    iv.    Life insurance    $_____
[You may refer to line 18 of the Means Test or Schedule I, line 5]

    Are the payments for a term policy
covering your life?    YES ☐ / NO ☐

    v.    Court-ordered alimony and child support    $ 0_____
[You may refer to line 19 of the Means Test or Schedule I, line 5]

    vi.    Health insurance    $ 0_____
[You may refer to line 25 of the Means Test or Schedule I, line 5]

    Does the policy cover any persons other than
yourself and your family members?    YES ☐ / NO ☐

    vii.    Other payroll deductions
_____    $_____
_____    $_____
_____    $_____

---

other expense categories below. If you did not file a Means Test, you may refer to your Schedule I and Form 106J – Your Expenses (Schedule J) in the bankruptcy case, which may also list information relevant to these categories. You should only use information from these documents if your expenses have not changed since you filed them.

[Updated May 2025]

    (b) <u>Housing Costs</u>[4]

        i. Mortgage or rent payments     $ 0
        ii. Property taxes (if paid separately)     $ 0
        iii. Homeowners or renters insurance (if paid separately)     $ 0
        iv. Home maintenance and repair (average last 12 months' amounts)     $ 0
        v. Utilities (include monthly gas, electric water, heating oil, garbage collection, residential telephone service, cell phone service, cable television, and internet service)     $ 427.00

    (c) <u>Transportation Costs</u>

        i. Vehicle payments (itemize per vehicle)     $ 0
        ii. Monthly average costs of operating vehicles (including gas, routine maintenance, monthly insurance cost)     $ 100.00
        iii. Public transportation costs     $ 0

    (d) <u>Other Necessary Expenses</u>

        i. Court-ordered alimony and child support payments (if not deducted from pay)     $ 0
[You may refer to line 19 of Form 122A-2 or 122C-2 or Schedule J, line 18]

        ii. Babysitting, day care, nursery and preschool costs     $ 0
[You may refer to line 21 of Form 122A-2 or 122C-2 or Schedule J, line 8][5]

Explain the circumstances making it necessary for you to expend this amount:

---

[4] You should list the expenses you actually pay in Housing Costs and Transportation Costs categories. If these expenses have not changed since you filed your Schedule J, you may refer to the expenses listed there, including housing expenses (generally on lines 4 through 6 of Schedule J) and transportation expenses (generally on lines 12, 15c and 17).

[5] Line 8 of Schedule J allows listing of expenses for "childcare and children's education costs." You should not list any educational expenses for your children here, aside from necessary nursery or preschool costs.

-8-

[Updated May 2025]

    iii.    Health insurance      $ <u>0          </u>
(if not deducted from pay)
[You may refer to line 25 of the Means Test or Schedule J, line 15]

Does the policy cover any persons other than yourself and your family members?     YES ☐ / NO ☐

    iv.    Life insurance      $ <u>66.00    </u>
(if not deducted from pay)
[You may refer to line 25 of the Means Test or Schedule J, line 15]

Are the payments for a term policy covering your life?     YES ✔ / NO ☐

    v.    Dependent care (for elderly or disabled family members)      $ <u>0          </u>
[You may refer to line 26 of the Means Test or Schedule J, line 19]

Explain the circumstances making it necessary for you to expend this amount:

    vi.    Payments on delinquent federal, state or local tax debt    $ <u>0          </u>
[You may refer to line 35 of the Means Test or Schedule J, line 17]

Are these payments being made pursuant to an agreement with the taxing authority?     YES ☐ / NO ☐

    vii.    Payments on other student loans
I am not seeking to discharge      $ <u>0          </u>

    viii.    Other expenses I believe necessary for a minimal standard of living.      $ <u>0          </u>

Explain the circumstances making it necessary for you to expend this amount:

[Updated May 2025]

16. After deducting the foregoing monthly expenses from my household gross income, I have  379.00 [no, or amount] remaining income.

17. In addition to the foregoing expenses, I anticipate I will incur additional monthly expenses in the future for my, and my dependents', basic needs that are currently not met.[6] These include the following:

### III. FUTURE INABILITY TO REPAY STUDENT LOANS

18. For the following reasons, it should be presumed that my financial circumstances are unlikely to materially improve over a significant portion of the repayment period (answer all that apply):

 I am age 65 or older.

 The student loans I am seeking to discharge have been in repayment status for at least 10 years (excluding any period during which I was enrolled as a student).

☑ I did not complete the degree for which I incurred the student loan[s].

Describe how not completing your degree has inhibited your future earning capacity:

 I have a disability or chronic injury impacting my income potential.

---

[6] If you have forgone expenses for any basic needs and anticipate that you will incur such expenses in the future, you may list them here and explain the circumstances making it necessary for you to incur such expenses.

[Updated May 2025]

> Describe the disability or injury and its effects on your ability to work, and indicate whether you receive any governmental benefits attributable to this disability or injury:
>
> Bipolar Disorder

☐ I have been unemployed for at least five of the past ten years.

> Please explain your efforts to obtain employment.

19. For the following additional reasons, my financial circumstances are unlikely to materially improve over a significant portion of the repayment period (answer all that apply):

☐ I incurred the student loans I am seeking to discharge in pursuit of a degree from an institution that is now closed.

> Describe how the school closure inhibited your future earnings capacity:

☐ I am not currently employed.

☐ I am currently employed, but I am unable to obtain employment in the field for which I am educated or have received specialized training.

> Describe reasons for inability to obtain such employment, and indicate if you have ever been able to obtain such employment:

-11-

[Updated May 2025]

✔  I am currently employed, but my income is insufficient to pay my loans and unlikely to increase to an amount necessary to make substantial payments on the student loans I am seeking to discharge.

Please explain why you believe this is so:

I average 15 hours a week at my job in a restaurant at $17.00 an hour

✔  Other circumstances exist making it unlikely I will be able to make payments for a significant part of the repayment period.

Explain these circumstances:

I was diagnosed with Bipolar Disorder in 2019.

### IV. PRIOR EFFORTS TO REPAY LOANS

20. I have made good faith efforts to repay the student loans at issue in this proceeding, including the following efforts:

21. Since receiving the student loans at issue, I have made a total of $_____ in payments on the loans, including the following:

___ regular monthly payments of $_____ each.

___ additional payments, including $_____, $_____, and $_____.

22. I have applied for ____ forbearances or deferments. I spent a period totaling ___ months in forbearance or deferment.

23. I have attempted to contact the company that services or collects on my student loans or the Department of Education regarding payment options, forbearance and deferment options, or loan consolidation at least _____ times.

-12-

[Updated May 2025]

24. I have sought to enroll in one or more "Income Driven Repayment Programs" or similar repayment programs offered by the Department of Education, including the following:

Description of efforts:

I am currently under a zero-payment Income Driven Repayment Program with Nelnet.

25. [If you did not enroll in such a program]. I have not enrolled in an "Income Driven Repayment Program" or similar repayment program offered by the Department of Education for the following reasons:

26. Describe any other facts indicating you have acted in good faith in the past in attempting to repay the student loan(s) you are seeking to discharge. These may include efforts to obtain employment, maximize your income, or minimize your expenses. They also may include any efforts you made to apply for a federal loan consolidation, respond to outreach from a loan servicer or collector, or engage meaningfully with a third party you believed would assist you in managing your student loan debt.

-13-

[Updated May 2025]

## V. CURRENT ASSETS

27. I own the following parcels of real estate:

Address: _____

_____

_____

Owners:[7] _____

_____

Fair market value: _____

Total balance of _____
mortgages and
other liens.

28. I own the following motor vehicles:

Make and model: _____

Fair market value: _____

Total balance of _____
Vehicle loans
And other liens

29. I hold a total of _____ in retirement assets, held in 401k, IRA and similar retirement accounts.

30. I own the following interests in a corporation, limited liability company, partnership, or other entity:

---

[7] List by name all owners of record (self and spouse, for example)

[Updated May 2025]

| Name of entity | State incorporated[8] | Type[9] and %age Interest |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

31.   I currently am anticipating receiving a tax refund totaling $_____.

## VI. ADDITIONAL CIRCUMSTANCES

32.   I submit the following circumstances as additional support for my effort to discharge my student loans as an "undue hardship" under 11 U.S.C. §523(a)(8):

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/Robert Walsh
_____
Signature:

Robert Walsh
_____
Name:

12/8/2025
_____
Date:

---

[8] The state, if any, in which the entity is incorporated. Partnerships, joint ventures and some other business entities might not be incorporated.

[9] For example, shares, membership interest, partnership interest.